IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MALIBU MEDIA, LLC,

        Plaintiff,

v.

BERRY CHAN,

        Defendant.

Civil Action No. 1:13-cv-07871
Judge Edmond E. Chang

## PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL WITH PREJUDICE OF BERRY CHAN

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with Berry Chan ("Defendant"). Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action with prejudice. Berry Chan was assigned the IP address 71.201.55.4. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant Berry Chan has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: July_18___, 2014

Respectfully submitted,

By: ____/s/ *Mary K. Schulz*_____
Mary K. Schulz
Schulz Law, P.C.
1144 E. State Street, Suite A260
Geneva, IL 60134
Phone: 224-535-9510
Email: SchulzLaw@me.com
*Attorney for Plaintiff*

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July__18__, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

      By: _/s/ *Mary K. Schulz*_____
      Mary K. Schulz